UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF
MASSACHUSETTS

| | |
|---|---|
| CHAD ROMERO, individually and on behalf of all others similarly situated<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CLEAN HARBORS SURFACE RENTALS USA, INC.,<br><br>　　　　　Defendant. | CIVIL ACTION NO. 1:18-cv-10702-PBS |

**SETTLEMENT ORDER OF DISMISSAL**

SARIS, D.J

　　The Court having been advised on August 6, 2020, by the parties that the above action has been settled:

　　IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within 60 days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

8/6/2020　　　　　　　　　　　　　　By the Court,
Date

　　　　　　　　　　　　　　　　　　/s/ Miguel A. Lara
　　　　　　　　　　　　　　　　　　Deputy Clerk